HSIANG "JAMES" H. LIN (SBN 241472)
jlin@techknowledgelaw.com
MICHAEL C. TING (SBN 247610)
mting@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA 94131
Telephone: (408) 646-1131

*Attorneys for Plaintiff*
EJT TECHNOLOGIES INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| EJT TECHNOLOGIES INC., | Case No. 4:13-cv-05110-PJH |
| Plaintiff, | STIPULATION AND [PROPOSED ORDER] FOR VOLUNTARY DISMISSAL OF ZTE CORPORATION AND ZTE USA, INC. |
| vs. | |
| ZTE CORPORATION, ET. AL., | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff EJT Technologies Inc. ("EJT") and Defendants ZTE Corporation and ZTE USA, Inc.[1], by their undersigned attorneys, hereby stipulate and agree to entry of an order in the form submitted herewith that dismisses Defendants ZTE Corporation and ZTE USA, Inc. from the above-captioned action with prejudice, and with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation. The parties respectfully request that this matter be dismissed with prejudice.

---

[1] ZTE Corporation was dismissed without prejudice via stipulation by the parties. As the parties desire the dismissal with prejudice to apply to ZTE Corporation, it is included in this stipulation.

1
2  IT IS SO STIPULATED.
3
4
5  Dated: July 1, 2014          **TECHKNOWLEDGE LAW GROUP LLP**
6                               By: /s/ *Michael C. Ting*
7                               HSIANG "JAMES" H. LIN (SBN 241472)
                                jlin@techknowledgelaw.com
8                               MICHAEL C. TING (SBN 247610)
                                mting@techknowledgelaw.com
9                               1521 Diamond Street
                                San Francisco, CA 94131
10                              Telephone:     (408) 646-1131
11                              Attorneys for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

HSIANG "JAMES" H. LIN (SBN 241472)
jlin@techknowledgelaw.com
MICHAEL C. TING (SBN 247610)
mting@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA 94131
Telephone: (408) 646-1131

*Attorneys for Plaintiff*
EJT TECHNOLOGIES INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| EJT TECHNOLOGIES INC., | Case No. 4:13-cv-05110-PJH |
| Plaintiff, | [~~PROPOSED~~ ORDER] FOR VOLUNTARY DISMISSAL OF ZTE CORPORATION AND ZTE USA, INC. |
| vs. | |
| ZTE CORPORATION, ET. AL., | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Based on the foregoing Stipulation Dismissing With Prejudice Defendants ZTE Corporation and ZTE USA, Inc., and good cause appearing,

IT IS HEREBY ORDERED Defendants ZTE Corporation and ZTE USA, Inc. are dismissed from the above-captioned action with prejudice, and with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

IT IS SO ORDERED.

DATED: 7/2/14                           _____
                                        Hon. PHYLLIS J. HAMILTON
                                        United States District

*[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA / IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

3